IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SIMEON MCINTOSH,<br>  Plaintiff, | Civil Action No. 3:14-CV-822 |
| v. | (Judge Mariani) |
| MARY SABOL, et al.,<br>  Defendants. | |

## ORDER

AND NOW, THIS 22nd DAY OF MAY, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Report and Recommendation (Doc. 5) is **ADOPTED in part**.

2. The complaint, (Doc. 1), is **DISMISSED without prejudice**.

3. Plaintiff is **DIRECTED** to file an amended complaint **within twenty (20) days** of the date of this Order, to cure the deficiencies outlined in the R&R. See (Doc. 5). If he fails to timely file an amended complaint, the action may be closed.

4. Plaintiff's motion for extension of time to file an amended complaint, (Doc. 6), is **DENIED** as premature.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge