IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SIMEON MCINTOSH, | : | Civil No. 3:14-cv-822 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARY SABOL, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 13th day of April, 2017, upon consideration of Defendant's motion (Doc. 17) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion (Doc. 17) for summary judgment is **GRANTED**.

2. Judgment shall be **ENTERED** in favor of Defendant John McCoy and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge